Kenneth C Brooks (SBN 167,792)
Law Offices of Kenneth Brooks
5329 Thunder Ridge Circle
Rocklin, California 95765
Tel: 408 368-7997
Fax: 877 730-4315
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., <br>         Plaintiff, <br>   vs. <br> MONSTER ENERGY COMPANY, <br>         Defendant. | Case No.: <br><br> DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. PROC. 7.1 |

Plaintiff, OUTDOOR PRO SHOP, INC., by and through its counsel states, pursuant to Federal Rule of Civil Procedure 7.1 that there is neither a parent corporation of Plaintiff Outdoor Pro Shop, Inc. nor any publicly held corporation owning 10% or more of the stock of Plaintiff Outdoor Pro Shop, Inc.

Dated: August 26, 2020

                                        /s/Kenneth C. Brooks
                                        LAW OFFICES OF KENNETH C. BROOKS
                                        KENNETH C. BROOKS
                                        Attorney for Plaintiff

STATEMENT PURSUANT FEDERAL RULE OF CIVIL PROCEDURE 7.1