UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong  
  CLERK OF COURT

GENERAL COURT NUMBER  
415-522-2000

September 15, 2020

Kenneth C. Brooks  
Law Offices of Kenneth Brooks  
5329 Thunder Ridge Circle  
Rocklin, CA 95765

Counsel for Plaintiff

Re:  **Outdoor Pro Shop, Inc. v. Monster Energy Company**
  20-cv-05999-JCS

Dear Counsel:

    This matter has been randomly assigned to United States Chief Magistrate Judge Joseph C. Spero for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or declination and e-file it with the Court by **September 29, 2020**. This form can be found on the Court's website at www.cand.uscourts.gov. Please note that any party is free to withhold consent to proceed before a magistrate judge without adverse substantive consequences.

    Susan Y. Soong  
    Clerk, United States District Court

    *Karen L. Hom*  
    Karen Hom, Deputy Clerk to  
    Chief Magistrate JOSEPH C. SPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTDOOR PRO SHOP, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>MONSTER ENERGY COMPANY,<br><br>        Defendant. | Case No. 20-cv-05999-JCS<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )    **Consent to Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

    ( )    **Decline Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____          NAME: _____

                                          COUNSEL FOR
                                          (OR "PRO SE"): _____

                                                                        _____
                                                                            *Signature*