Steven J. Nataupsky (155,913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (156,511)
lynda.zadra-symes@knobbe.com
Matthew S. Bellinger (222,228) (*admittance forthcoming*)
matt.bellinger@knobbe.com
Sean M. Murray (213,655) (*admittance forthcoming*)
sean.murray@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Alexander D. Zeng (317,234) (*admittance forthcoming*)
alexander.zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

*Attorneys for*
*Defendant MONSTER ENERGY COMPANY*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**(San Jose)**

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., | Civil Action No.  5:20-CV-05999-BLF |
| Plaintiff, | Hon. Beth Labson Freeman |
| v. | **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |
| MONSTER ENERGY COMPANY, | |
| Defendant. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Before the Court is Defendant Monster Energy Company's Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6).

Having considered the briefing and argument presented by the parties, the Court hereby grants the motion and dismisses Plaintiff's trademark and unfair competition claims – the first three claims in its complaint – for failure to state a claim on which relief may be granted.

IT IS SO ORDERED.

Dated: _____

              Hon. Beth Labson Freeman
              U.S. District Judge