Steven J. Nataupsky (155,913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (156,511)
lynda.zadra-symes@knobbe.com
Matthew S. Bellinger (222,228)(*admittance forthcoming*)
matt.bellinger@knobbe.com
Sean M. Murray (213,655) (*admittance forthcoming*)
sean.murray@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Alexander D. Zeng (317,234) (*admittance forthcoming*)
alexander.zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose)

| | |
|---|---|
| OUTDOOR PRO SHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER ENERGY COMPANY,<br><br>Defendant. | Civil Action No.  5:20-CV-05999-BLF<br><br>Hon. Beth Labson Freeman<br><br>**DEFENDANT MONSTER ENERGY COMPANY'S RULE 7.1 DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Monster Energy Company ("Monster") by its counsel discloses the following: Monster Energy Company is a subsidiary of Monster Beverage Corporation.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (1) have a financial interest in the subject matter in controversy or in a party to the proceeding; or (2) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: (1) Defendant Monster Energy Company; (2) Monster Beverage Corporation, parent of Monster Energy Company; (3) The Coca-Cola Company, owner of 16.7% of common stock in Monster Beverage Corporation.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 19, 2021

By: */s/ Lynda J. Zadra-Symes*
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Matthew S. Bellinger
    Sean M. Murray
    Alexander Zeng

Attorneys for Defendant
MONSTER ENERGY COMPANY