Kenneth C Brooks (SBN 167,792)
Law Offices of Kenneth Brooks
5329 Thunder Ridge Circle
Rocklin, California 95765
Tel: 408 368-7997
Fax: 877 730-4315
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUTDOOR PRO SHOP, INC.,<br>          Plaintiff,<br>     vs.<br>MONSTER ENERGY COMPANY,<br>          Defendant. | Case No.: 5:20-cv-05999-BLF<br>PLAINTIFF'S REQUEST OF JUDICIAL NOTICE NUMBER 1 AND SUPPORTING DECLARATION<br>DATE: June 17, 2021<br>TIME: 9:00 a.m.<br>Courtroom 4 |

**REQUEST FOR JUDICIAL NOTICE**

OUTDOOR PRO SHOP, INC. ("OPS") requests that this Court take judicial notice pursuant to Fed. R. Evid. 201(b) of the fact that one of the definitions of the word "distinctive" is "serving to distinguish" as defined by Random House Webster's, Unabridged Dictionary 571 (2 ed. 2001).

**DECLARATION**

I, KENNETH C. BROOKS, declare:

1. I am an attorney licensed to practice law in the state of California, as well as registered to practice before the United States Patent Office; and I represent the Plaintiff in the above-identified action; and I make the following statement from my personal knowledge in support of plaintiff's opposition to the defendant's motion to dismiss the above-encaptioned action.

1

PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

2.  I own a copy of Random House Webster's, Unabridged Dictionary 571 (2 ed. 2001) and on today's date I made a copy of relevant pages of the same, attached hereto as an EXHIBIT, showing that the definition of various words of the English language, including the word "distinctive".

I declare under penalty of perjury of the United States of America that the facts set forth in the declaration are true and correct.

Dated: February 2, 2021

/s/Kenneth C. Brooks
LAW OFFICES OF KENNETH C. BROOKS
KENNETH C. BROOKS
Attorney for Plaintiff

EXHIBIT



# RANDOM HOUSE WEBSTER'S
## *unabridged dictionary*

**SECOND EDITION**

**RANDOM HOUSE REFERENCE**

NEW YORK   TORONTO   LONDON   SYDNEY   AUCKLAND

Copyright © 2001, 1998, 1997, 1996, 1993, 1987 by Random House, Inc.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without the written permission of the publisher. Published in the United States by Random House Reference, an imprint of The Random House Information Group, a division of Random House, Inc., New York, and simultaneously in Canada by Random House of Canada Limited, Toronto.

RANDOM HOUSE is a registered trademark of Random House, Inc.

Please address inquiries about electronic licensing of any products for use on a network, in software or on CD-ROM to the Subsidiary Rights Department, Random House Information Group, fax 212-572-6003.

This book is available for special discounts for bulk purchases for sales promotions or premiums. Special editions, including personalized covers, excerpts of existing books, and corporate imprints, can be created in large quantities for special needs. For more information, write to Random House, Inc. Special Markets/Premium Sales, 1745 Broadway, MD 6-2, New York, NY, 10019 or e-mail specialmarkets@randomhouse.com.

Random House Webster's Unabridged Dictionary, Second Edition, is a revised and updated edition of The Random House Dictionary of the English Language, Second Edition, Unabridged.

International Phonetic Alphabet courtesy of International Phonetic Association

Library of Congress Cataloging-in-Publication Data is available.

## Trademarks

A number of entered words which we have reason to believe constitute trademarks have been designated as such. However, no attempt has been made to designate as trademarks or service marks all terms or words in which proprietary rights might exist. The inclusion, exclusion, or definition of a word or term is not intended to affect, or to express a judgment on, the validity or legal status of the word or term as a trademark, service mark, or other proprietary term.

Visit the Random House Reference Web site at www.randomwords.com

Typeset and printed in the United States of America.

10 9 8 7 6 5 4 3

ISBN-10: 0-375-42599-3
ISBN-13: 978-0-375-42599-8

ISBN-10: 0-375-42605-1 (Deluxe Edition)
ISBN-13: 978-0-375-42605-6

ISBN-10: 0-375-42609-4 (CD-ROM Edition)
ISBN-13: 978-0-375-42609-4

**dis·tal** (dis′tl), *adj.* **1.** situated away from the point of origin or attachment, as of a limb or bone; terminal. Cf. proximal. **2.** *Dentistry.* directed away from the sagittal plane or midline of the face, along the dental arch. Cf. mesial (def. 3). **mesial** (def. 2). [1800–10; DIST(ANT) + -AL] —**dis′tal·ly**, *adv.*

**dis·tance** (dis′təns), *n., v.,* **-tanced, -tanc·ing.** —*n.* **1.** the extent or amount of space between two things, points, lines, etc. **2.** the state or fact of being apart in space, lines, etc. **3.** a distance too great to walk in an hour. **4.** an expanse; area: *A vast distance of water surrounded the ship.* **5.** the interval between two points of time; an extent of time: *His vacation period is a good distance away.* **6.** remoteness or difference in any respect: *Our philosophies are a long distance apart.* **7.** an amount of progress: *We've come a long distance on the project.* **8.** a distant point, place, or region. **9.** the distant part of a field of view: *a tree in the distance.* **10.** absence of warmth; reserve: *Their first meeting in several years was hampered by a certain distance between them.* **11.** *Music.* interval (def. 3). **12.** *See* **esthetic distance. 13.** *Horse Racing.* (in a heat race) the space measured back from the winning post that a horse must reach by the time the winner passes the winning post or be eliminated from subsequent heats. **14.** the greatest lower bound of differences between points, one from each of two given sets. **15.** *Obs.* disagreement or dissension; a quarrel. **16. go the distance,** (in horse racing) to be able to run well in a long race. **b.** *Informal.* to finish or complete something, esp. something difficult, challenging, or requiring sustained effort. **17. keep at a distance,** to treat coldly or in an unfriendly manner. **18. keep one's distance,** to avoid becoming familiar or involved; remain cool or aloof. —*v.t.* **19.** to leave behind at a distance, as at a race; surpass. **20.** to place at a distance. **21.** to cause to appear distant. [1250–1300; ME *distantia,* equiv. to *distant* (see DISTANT) + -ia -Y³; r. ME *destaunce* < AF] —**dis′tance·less,** *adj.*
—Syn. **10.** remoteness, restraint, coolness, aloofness.

**dis′tance med′ley,** *Track.* a medley relay in which the first member of a team runs 440 yd. (402 m), the second runs 880 yd. (805 m), the third runs 1320 yd. (1207 m), and the fourth runs 1760 yd. (1609 m). Cf. **sprint medley.**

**dis′tance univer′sity,** *Canadian.* a degree-granting institution operating wholly or mainly by correspondence courses for students not resident on or within commuting distance of the campus.

**dis·tant** (dis′tənt), *adj.* **1.** far off or apart in space; not near at hand; remote or removed (often fol. by *from*): *a distant place; a town three miles distant from here.* **2.** apart or far off in time: *distant centuries past.* **3.** remote or far apart in any respect: *a distant relative.* **4.** reserved or aloof; not familiar or cordial: *a distant greeting.* **5.** arriving from or going to a distance, as a communication, journey, etc.: *I have here a distant letter from Japan.* [1350–1400; ME *dista(u)nt* (< AF) < L *distant-, s. of distāns,* prp. of *distāre* to stand apart, equiv. to DI-² + *-stā-* STAND + *-nt-* prp. suffix] —**dis′tant·ly,** *adv.* —**dis′tant·ness,** *n.*
—Syn. **4.** cool, withdrawn.

**dis·taste** (dis tāst′), *n., v.,* **-tast·ed, -tast·ing.** —*n.* **1.** dislike; disinclination. **2.** dislike for food or drink. —*v.t.* **3.** *Archaic.* to dislike. [1580–90; DIS-¹ + TASTE]
—Syn. **1.** aversion, repugnance, disgust. *See* **dislike.**

**dis·taste·ful** (dis tāst′fəl), *adj.* **1.** unpleasant, offensive, or causing dislike: *a distasteful chore.* **2.** unpleasant to the taste; *a distasteful medicine.* **3.** showing distaste or dislike. [1600–10; DISTASTE + -FUL] —**dis·taste′ful·ly,** *adv.* —**dis·taste′ful·ness,** *n.*
—Syn. **1.** disagreeable, displeasing, repugnant, repulsive. **2.** unpalatable, unsavory.

**Dist. Atty.,** district attorney.

**Dist. Ct.,** District Court.

**dis·tel·fink** (dis′tl fingk′), *n.* a stylized bird motif traditional in Pennsylvania German art. [standard G sp. for PaG *dischdelfink* goldfinch (*Carduelis carduelis*), equiv. to *dischdel* THISTLE + *fink* FINCH]

**dis·tem·per** (dis tem′pər), *n.* **1.** *Vet. Pathol.* **a.** Also called **canine distemper,** an infectious disease chiefly of young dogs, caused by an unidentified virus and characterized by lethargy, fever, catarrh, photophobia, and vomiting. **b.** Also called **colt distemper, equine distemper, strangles,** an infectious disease of horses, caused by the bacillus *Streptococcus equi* and characterized by catarrh of the upper air passages and the formation of pus in the submaxillary and other lymphatic glands. **c.** Also called **cat distemper, feline agranulocytosis, feline distemper, feline infectious enteritis, feline panleukopenia,** a usually fatal viral disease of cats, characterized by fever, vomiting, and diarrhea, leading to severe dehydration. **2.** a deranged condition of mind or body; a disorder or disease: *a feverish distemper.* **3.** *Obs.* a disorder or disturbance, esp. of a political nature. **4.** *Obs.* to derange physically or mentally. [1300–50; ME *distempe(r)en, destemperen* (v.) (< MF *destemperer* < ML *distempe(r)āre, destemperāre* equiv. to L *dis-* DIS-¹ + *temperāre* to TEMPER] —**dis·tem′pered·ness,** *n.*

**dis·tem·per²** (dis tem′pər), *n.* **1.** *Art.* **a.** a technique of decorative painting in which glue or gum is used as a medium to achieve a mat surface and rapid drying. **b.** (formerly) the tempera technique. **2.** a paint executed by this method. **3.** *Brit.* whitewash; calcimine. **4.** to paint in distemper. **5.** *Brit.* to whitewash a wall, cottage, etc.; calcimine. [1350–1400; ME *distemperen* (v.) (< MF *destemperer* < ML *distemperāre* to dissolve, dilute, equiv. to L *dis-* DIS-¹ + *temperāre* to blend, TEMPER]

**dis·tem·per·a·ture** (dis tem′pər ə chər), *n.* a dis-

**1.** resembling distemper. **2.** of or pertaining to a weakened strain of canine distemper virus used to make dogs and other susceptible animals immune to distemper infection. [DISTEMPER¹ + -OID]

**dis·tend** (di stend′), *v.t., v.i.* **1.** to expand by stretching, as something hollow or elastic: *Habitual overeating had distended his stomach.* **2.** to spread in all directions; expand; swell: *The sea distended about them.* [1375–1425; late ME (< AF *destendre*) < L *distendere,* equiv. to *dis-* DIS-¹ + *tendere* to stretch] —**dis·tend′er,** *n.*
—Syn. **1.** *See* **expand. 1, 2.** enlarge, bloat. —Ant. **1, 2.** shrink, contract.

**dis·tend·ed** (di sten′did), *adj.* **1.** increased, as in size, volume, etc.; expanded; dilated: *the distended nostrils of the terrified horse.* **2.** swollen, by or as by internal pressure, out of normal size or shape; protuberant: *distended wineskins; the distended arteries of his neck.* [1590–1600; DISTEND + -ED²] —**dis·tend′ed·ly,** *adv.* —**dis·tend′ed·ness,** *n.*

**dis·ten·si·ble** (di sten′sə bəl), *adj.* capable of being distended. [1820–30; < L *distēns(us)* (ptp. of *distendere*: *distend*- DISTEND + *-tus* ptp. suffix) + -IBLE] —**dis·ten′si·bil′i·ty,** *n.*

**dis·ten·sile** (di sten′sil), *adj.* **1.** distensible. **2.** serving to distend. [1730–40; < L *distēns(us)* (ptp. of *distendere* to DISTEND) + -ILE]

**dis·tent** (di stent′), *adj. Obs.* distended. [1580–90; < L *distentus* distended (var. of *distēnsus* ptp. of *distendere* to DISTEND)]

**dis·ten·tion** (di sten′shən), *n.* the act of distending or the state of being distended. Also, **dis·ten′sion.** [1375–1425; late ME *distensioun* < L *distentiōn-* (s. of *distentiō*), equiv. to *distent(us)* DISTENT + *-iōn-* -ION]

**dis·tich** (dis′tik), *n. Pros.* **1.** a unit of two lines of verse, usually a self-contained statement; couplet. **2.** a rhyming couplet. [1545–55; < L *distichon,* n. use of neut. of Gk *dístichos* having two lines, equiv. to *di-* DI-¹ + *stíchos* row] —**dis·ti·chal,** *adj.*

**dis·ti·chous** (dis′ti kəs), *adj.* **1.** *Bot.* arranged alternately in two vertical rows on opposite sides of an axis, as leaves. **2.** *Zool.* divided into two parts. [1745–55; < L *distichus* (< Gk *dístichos* (adj.); see DISTICH), with -OUS for L *-us* adj. suffix] —**dis′ti·chous·ly,** *adv.*

**dis·til** (di stil′), *v.t., v.i.* **-tilled, -til·ling.** *Chiefly Brit.* distill.

**dis·till** (di stil′), *v.t.* **1.** to subject to a process of vaporization and subsequent condensation, as for purification or concentration. **2.** to extract the volatile components of by distillation; transform by distillation. **3.** to concentrate, purify, or obtain by or as by distillation: *to distill whiskey from mash.* **4.** to remove by distillation (usually fol. by *off* or *out*): *to distill out impurities.* **5.** to extract the essential elements of; refine; abstract: *She managed to distill her ideas into one succinct article.* **6.** to let fall in drops; give forth in or as in drops: *The cool of the night distills the dew.* —*v.i.* **7.** to undergo or perform distillation. **8.** to become vaporized and then condensed in distillation. **9.** to drop, pass, or condense as a distillate. **10.** to fall in drops; trickle; exude. [1325–75; ME *distillen* (< AF *distiller*) < L *distillāre,* var. of *dēstillāre,* equiv. to *dē-* DE- + *stillāre* to drip] —**dis·till′a·ble,** *adj.*

**dis·til·land** (dis′tl and′), *n.* a substance that undergoes distillation. Cf. **distillate** (def. 1). [< L *distillandum,* neut. ger. of *distillāre* to DISTILL]

**dis·til·late** (dis′tl it, -āt′, di stil′it), *n.* **1.** the product obtained from the condensation of vapors in distillation. **2.** any concentration, essence, or abstraction. [1860–65; < L *distillātus* (ptp. of *distillāre* to trickle down), equiv. to *distill-* DISTILL + *-ātus* -ATE¹]

**dis·til·la·tion** (dis′tl ā′shən), *n.* **1.** the volatilization or evaporation and subsequent condensation of a liquid, as when water is boiled in a retort and the steam is condensed in a cool receiver. **2.** the purification or concentration of a substance, the obtaining of the essence or volatile properties contained in it, or the separation of one substance from another, by such a process. **3.** a product of distilling; distillate. **4.** the act or fact of distilling or the state of being distilled. [1350–1400; ME *distillacioun* (< AF) < L *distillātiōn-* (s. of *distillātiō*), equiv. to *distillāt(us)* DISTILLATE + *-iōn-* -ION] —**dis·til·la·to·ry** (di stil′ə tôr′ē, -tōr′ē), **dis·til·la·tive** (di stil′ə tiv), *adj.*

**distilla′tion col′umn,** *Chem.* a type of still fitted with interior baffles, used for fractional distillation. Cf. **still²** (def. 1).

**dis·tilled** (di stild′), *adj.* obtained or produced by distillation. [1425–75; late ME. *See* DISTILL, -ED²]

**distilled′ wa′ter,** water from which impurities, as dissolved salts and colloidal particles, have been removed by one or more processes of distillation; chemically pure water. [1495–1505]

**dis·till·er** (di stil′ər), *n.* **1.** an apparatus for distilling, as a condenser; still. **2.** a person or company whose business it is to extract alcoholic liquors by distillation. [1570–80; DISTILL + -ER¹]

**dis·till·er·y** (di stil′ə rē), *n., pl.* **-er·ies.** a place or establishment where distilling, esp. the distilling of liquors, is done. [1670–80; DISTILL + -ERY]

**dis·till·ment** (di stil′mənt), *n. Archaic.* distillation. Also, *esp. Brit.,* **dis·til′ment.** [1595–1605; DISTILL + -MENT]

**dis·tinct** (di stingkt′), *adj.* **1.** distinguished as not being the same; not identical; separate (sometimes fol. by *from*): *His private and public lives are distinct.* **2.** different in nature or quality; dissimilar (sometimes fol. by *from*): *Gold is distinct from iron.* **3.** clear to the senses or intellect; plain; unmistakable: *The ship appeared with

**DI-²** + ***sting(u)ere** presumably, to prick, mark by pricking, cf. INSTINCT¹, INSTIGATE)] —**dis·tinct′ness,** *n.*
—Syn. **1.** individual. *See* **various. 3.** well-defined, unconfused. —Ant. **3, 4.** indistinct.

**dis·tinc·tion** (di stingk′shən), *n.* **1.** a marking off or distinguishing as different: *His distinction of sounds is excellent.* **2.** the recognizing or noting of differences; discrimination: *to make a distinction between right and wrong.* **3.** a discrimination made between things as different; special regard or favoritism: *Death comes to all without distinction.* **4.** condition of being different; difference: *There is a distinction between what he says and what he does.* **5.** a distinguishing quality or characteristic: *It has the distinction of being the oldest house in the town.* **6.** a distinguishing or treating with special honor, attention, or favor. **7.** an act of bestowing, or a mark of, honor or favor. **8.** marked superiority; note; eminence. **9.** distinguishing appearance. **10.** *Obs.* division; separation. [1175–1225; ME *distinccioun* (< AF) < L *distinctiōn-* (s. of *distinctiō*), equiv. to *distinct(us)* (see DISTINCT) + *-iōn-* -ION] —**dis·tinc′tion·less,** *adj.*
—Syn. **3.** DISTINCTION and DIFFERENCE may both refer to perceivable dissimilarities and, in this meaning, may be used interchangeably: *There is a distinction (difference) between the two.* DISTINCTION, however, usually suggests the perception of dissimilarity as the result of analysis and discrimination: *a carefully made distinction between two treatments of the same theme;* whereas DIFFERENCE refers only to the condition of being dissimilar: *the difference between Gothic and Roman architecture.* "A distinction without a difference" is a way of referring to an artificial or false discrimination. **7.** *See* **honor. 8.** renown, importance. —Ant. **4.** resemblance.

**dis·tinc·tive** (di stingk′tiv), *adj.* **1.** serving to distinguish; characteristic; distinguishing: *the distinctive stripes of the zebra.* **2.** having a special quality, style, attractiveness, etc.; notable. [1575–85; < ML *distinctīvus,* equiv. to L *distinct(us)* DISTINCT + *-īvus* -IVE] —**dis·tinc′tive·ly,** *adv.* —**dis·tinc′tive·ness,** *n.*
—Syn. **1.** individual.

**distinc′tive fea′ture,** *Ling.* **1.** a feature of the sound system of a language that serves as the crucial distinguishing mark between two phonemes, as the distinctive feature of voicing, which distinguishes *b* from *p* in English, or of nasality, which distinguishes *m* from *b* and *p.* **2.** any of a set of phonetic properties, as coronal, nasal, or strident, serving as a basic unit of phonological analysis by which the sounds that are significant in a language can be characterized and distinguished from one another. **3.** a component or phonetic feature characterizing a phoneme. [1925–30]

**dis·tinct·ly** (di stingkt′lē), *adv.* **1.** in a distinct manner; clearly: *Speak more distinctly.* **2.** without doubt; unmistakably. [1350–1400; ME. *See* DISTINCT, -LY]
—Syn. **1.** *See* **clearly.**

**dis·tin·gué** (dis′tang gā′, di stang′gā), *Fr.* dē stan gā′), *adj.* having an air of distinction; distinguished. [1805–15; < F, adj. use of ptp. of *distinguer* to DISTINGUISH]

**dis·tin·guée** (dis′tang gā′, di stang′gā), *Fr.* dē stan gā′), *adj.* (of a woman) having an air of distinction; distinguished. [< F, fem. of *distingué* DISTINGUÉ]

**dis·tin·guish** (di sting′gwish), *v.t.* **1.** to mark off as different (often fol. by *from* or *by*): *He was distinguished from the other boys by his height.* **2.** to recognize as distinct or different; recognize the salient or individual features or characteristics of: *It is hard to distinguish her from her twin sister.* **3.** to perceive clearly by sight or other sense; discern; recognize: *He could not distinguish many of the words.* **4.** to set apart as different; be a distinctive characteristic of; characterize: *It is his Italian accent that distinguishes him.* **5.** to make prominent, conspicuous, or eminent: *to distinguish oneself in battle.* **6.** to divide into classes; classify: *Let us distinguish the various types of metaphor.* **7.** *Archaic.* to single out for or honor with special attention. —*v.i.* **8.** to indicate or show a difference (usually fol. by *between*). **9.** to recognize or note differences; discriminate. [1555–65; extension, by *-ISH²,* of ME *disting(u)en* (< AF, MF *distinguer*) < L *distinguere;* see DISTINCT] —**dis·tin′guish·a·ble,** *adj.* —**dis·tin′guish·a·ble·ness, dis·tin′guish·a·bil′i·ty,** *n.* —**dis·tin′guish·a·bly,** *adv.* —**dis·tin′guish·er,** *n.* —**dis·tin′guish·ment,** *n.*
—Syn. **2.** DISTINGUISH, DIFFERENTIATE, DISCRIMINATE suggest an attempt to analyze characteristic features or qualities of things. To DISTINGUISH is to recognize the characteristic features belonging to a thing: *to distinguish a light cruiser from a heavy cruiser.* To DISCRIMINATE is to perceive the particular, nice, or exact differences between things, to determine wherein these differences consist, and to estimate their significance: *to discriminate prejudiced from unprejudiced testimony.* To DIFFERENTIATE is to point out exactly and in detail the differences between (usually) two things: *The symptoms of both diseases are so similar that it is hard to differentiate one from another.* —Ant. **2.** confuse.

**dis·tin·guished** (di sting′gwisht), *adj.* **1.** made conspicuous by excellence; noted; eminent; famous: *a distinguished scholar.* **2.** having an air of distinction, dignity, or eminence: *a distinguished old gentleman.* **3.** conspicuous; marked. [1600–10; DISTINGUISH + -ED²] —**dis·tin′guished·ly,** *adv.*

**Distin′guished Con′duct Med′al,** *Brit. Mil.* a decoration awarded for distinguished conduct in operations in the field against an enemy. *Abbr.:* D.C.M.

**Distin′guished Fly′ing Cross′, 1.** *Mil.* a decoration awarded for heroic or extraordinary achievement while on aerial duty. **2.** *Brit. Mil.* a decoration awarded

Case 5:20-cv-05999-BLF Document 12-1 Filed 02/02/21 Page 6 of 7

[left column partially cut off]

aining to a weak-
sed to make dogs
to distemper in-

pand by stretch-
Habitual overeat-
to spread in all
distended about
tendre) < L dis-
to stretch] —dis·

e, bloat. —Ant.

eased, as in size,
ended nostrils of
by internal pres-
berant: distended
is neck. [1590–
·ly, adv. —dis·

capable of being
tp. of distendere;
+ -IBLE] —dis·

nsible. 2. serv-
) (ptp. of disten-

l. [1580–90; < L
tp. of distendere

of distending or
en′sion. [1375–
iōn- (s. of dist-
iōn- -ION]

of two lines of
t; couplet. 2. a
chon, n. use of
quiv. to di- DI-¹

arranged alter-
sides of an axis,
ts. [1745–55; <
TICH), with -OUS
adv.

g. Chiefly Brit.

rocess of vapor-
for. purification
tile components
. 3. to concen-
lation: to distill
istillation (usu-
purities. 5. to
; abstract: She
inct article. 6.
drops: The cool
ndergo or per-
and then con-
r condense as a

---

DI-² + *sting(u)ere presumably, to prick, mark by pricking; cf. INSTINCT¹, INSTIGATE)] —dis·tinct′ness, n. —**Syn.** 1. individual. See **various.** 3. well-defined, unconfused. —**Ant.** 3, 4. indistinct.

**dis·tinc·tion** (di stingk′shən), n. 1. a marking off or distinguishing as different: *His distinction of sounds is excellent.* 2. the recognizing or noting of differences; discrimination: *to make a distinction between right and wrong.* 3. a discrimination made between things as different; special regard or favoritism: *Death comes to all without distinction.* 4. condition of being different; difference: *There is a distinction between what he says and what he does.* 5. a distinguishing quality or characteristic: *It has the distinction of being the oldest house in the town.* 6. a distinguishing or treating with special honor, attention, or favor. 7. an act of bestowing, or a mark of, honor or favor. 8. marked superiority; note; eminence. 9. distinguished appearance. 10. *Obs.* division; separation. [1175–1225; ME distinccioun (< AF) < L distinctiōn- (s. of distinctiō), equiv. to distinct(us) (see DISTINCT) + -iōn- -ION] —dis·tinc′tion·less, adj.
—**Syn.** 3. DISTINCTION and DIFFERENCE may both refer to perceivable dissimilarities and, in this meaning, may be used interchangeably: *There is a distinction (difference) between the two.* DISTINCTION, however, usually suggests the perception of dissimilarity, as the result of analysis and discrimination: *a carefully made distinction between two treatments of the same theme;* whereas DIFFERENCE refers only to the condition of being dissimilar: *the difference between Gothic and Roman architecture.* "A distinction without a difference" is a way of referring to an artificial or false discrimination. 7. See **honor.** 8. renown, importance. —**Ant.** 4. resemblance.

**dis·tinc·tive** (di stingk′tiv), adj. 1. serving to distinguish; characteristic; distinguishing: *the distinctive stripes of the zebra.* 2. having a special quality, style, attractiveness, etc.; notable. [1575–85; < ML distinctivus, equiv. to L distinct(us) DISTINCT + -ivus -IVE] —dis·tinc′tive·ly, adv. —dis·tinc′tive·ness, n.
—**Syn.** 1. individual.

**distinc′tive fea′ture,** *Ling.* 1. a feature of the sound system of a language that serves as the crucial distinguishing mark between two phonemes, as the distinctive feature of voicing, which distinguishes *b* from *p* in English, or nasality, which distinguishes *m* from *b* and *p.* 2. any of a set of phonetic properties, as coronal, nasal, or strident, serving as a basic unit of phonological analysis by which the sounds that are significant in a language can be characterized and distinguished from one another. 3. a component or phonetic feature characterizing a phoneme. [1925–30]

**dis·tinct·ly** (di stingkt′lē), adv. 1. in a distinct manner; clearly: *Speak more distinctly.* 2. without doubt; unmistakably. [1350–1400; ME. See DISTINCT, -LY]
—**Syn.** 1. See **clearly.**

**dis·tin·gué** (dis′tang gā′, di stang′gā; *Fr.* dē stangā′), adj. having an air of distinction; distinguished. [1805–15; < F, adj. use of ptp. of distinguer to DISTINGUISH]

**dis·tin·guée** [partially visible]