| | |
|---|---|
| Steven J. Nataupsky (155,913) <br> steven.nataupsky@knobbe.com <br> Lynda J. Zadra-Symes (156,511) <br> lynda.zadra-symes@knobbe.com <br> Sean M. Murray (213,655) <br> sean.murray@knobbe.com <br> Matthew S. Bellinger (222,228) <br> matt.bellinger@knobbe.com <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 2040 Main Street, Fourteenth Floor <br> Irvine, CA 92614 <br> Telephone: (949) 760-0404 <br> Facsimile: (949) 760-9502 <br><br> Alexander Zeng (317,234) <br> alexander.Zeng@knobbe.com <br> KNOBBE, MARTENS, OLSON & BEAR, LLP <br> 1925 Century Park East, Suite 600 <br> Los Angeles, CA 90067 <br> Telephone: (310) 551-3450 <br> Facsimile: (310) 551-3458 <br><br> Attorneys for Defendant <br> MONSTER ENERGY COMPANY | Kenneth C. Brooks (SBN 167,792) <br> kcb@brookspatents.com <br> LAW OFFICES OF KENNETH C. BROOKS <br> 5329 Thunder Ridge Circle <br> Rocklin, California 95765 <br> Phone: (408) 368-7997 <br> Facsimile: (877) 730-4315 <br><br> Attorneys for Plaintiff <br> OUTDOOR PRO SHOP, INC. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONSTER ENERGY COMPANY, <br><br> Defendant. | No. 5:20-CV-05999-BLF <br><br> Hon. Beth Labson Freeman <br><br> **STIPULATION AND [PROPOSED] ORDER SETTING DEADLINES** |

Pursuant to the Case Management Order (Dkt. 19), Defendant Monster Energy Company ("Monster") and Plaintiff Outdoor Pro Shop, Inc. ("OPS") submit the following stipulation and proposed order setting all case deadlines.

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings/Add Parties | August 20, 2021 |
| Joint Case Management Statement | January 20, 2022 |
| Further Case Management Conference | January 27, 2022 at 11:00 AM |
| Close of Fact Discovery | April 1, 2022 |
| Opening Expert Reports Due | April 22, 2022 |
| Rebuttal Expert Reports Due | May 20, 2022 |
| Close of Expert Discovery | June 17, 2022 |
| Last Day to File Dispositive Motions | July 14, 2022 |
| Last Day to Hear Dispositive Motions | August 18, 2022 at 9:00 AM |
| Last Day *Daubert* Hearing May Be Scheduled | November 10, 2022 |
| Final Pretrial Conference | November 17, 2022 at 1:30 PM |
| Trial | January 9, 2023 at 9:00 AM |
| Length of Trial | 5 days |

1  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2
3                                         KNOBBE, MARTENS, OLSON & BEAR, LLP

4
5  Dated: July 2, 2021              By: */s/ Alexander D. Zeng*
                                        Steven J. Nataupsky
6                                       Lynda J. Zadra-Symes
                                        Sean M. Murray
7                                       Matthew S. Bellinger
                                        Alexander Zeng
8
                                    Attorneys for Defendant
9                                   MONSTER ENERGY COMPANY

10
11                                       THE LAW OFFICES OF KENNETH C. BROOKS

12
13 Dated: July 2, 2021              By: */s/ Kenneth C. Brooks*
                                        Kenneth C. Brooks
14
                                    Attorneys for Plaintiff
15                                  OUTDOOR PRO SHOP, INC.

16
17                         **ATTESTATION OF E-FILED SIGNATURE**

18     I, Alexander Zeng, attest that all signatories listed above have read and
19 approved this stipulation and consent to the filing of same in this action.

20
21 Dated: July 2, 2021              By: */s/ Alexander Zeng*
                                        Alexander Zeng
22
23
24 PURSUANT TO STIPULATION, IT IS SO ORDERED.

25
26 Dated: _____, 2021          By: _____
27                                      Hon. Beth Labson Freeman
                                        United States District Court Judge
28