| | |
|---|---|
| Steven J. Nataupsky (155,913)<br>steven.nataupsky@knobbe.com<br>Lynda J. Zadra-Symes (156,511)<br>lynda.zadra-symes@knobbe.com<br>Sean M. Murray (213,655)<br>sean.murray@knobbe.com<br>Matthew S. Bellinger (222,228)<br>matt.bellinger@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, CA 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502 | Kenneth C. Brooks (SBN 167,792)<br>kcb@brookspatents.com<br>LAW OFFICES OF KENNETH C. BROOKS<br>5329 Thunder Ridge Circle<br>Rocklin, California 95765<br>Phone: (408) 368-7997<br>Facsimile: (877) 730-4315<br><br>Attorneys for Plaintiff<br>OUTDOOR PRO SHOP, INC. |

Alexander Zeng (317,234)
alexander.Zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant
MONSTER ENERGY COMPANY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSTER ENERGY COMPANY,<br><br>　　　　Defendant. | No. 5:20-CV-05999-BLF<br><br>Hon. Beth Labson Freeman<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER SETTING DEADLINES** |

STIPULATION AND ~~[PROPOSED]~~ ORDER　　　　　　　　Case No.: 5:20-CV-05999-BLF

Pursuant to the Case Management Order (Dkt. 19), Defendant Monster Energy Company ("Monster") and Plaintiff Outdoor Pro Shop, Inc. ("OPS") submit the following stipulation and proposed order setting all case deadlines.

| Event | Deadline |
|---|---|
| Last Day to Amend Pleadings/Add Parties | August 20, 2021 |
| Joint Case Management Statement | January 20, 2022 |
| Further Case Management Conference | January 27, 2022 at 11:00 AM |
| Close of Fact Discovery | April 1, 2022 |
| Opening Expert Reports Due | April 22, 2022 |
| Rebuttal Expert Reports Due | May 20, 2022 |
| Close of Expert Discovery | June 17, 2022 |
| Last Day to File Dispositive Motions | July 14, 2022 |
| Last Day to Hear Dispositive Motions | August 18, 2022 at 9:00 AM |
| Last Day *Daubert* Hearing May Be Scheduled | November 10, 2022 |
| Final Pretrial Conference | November 17, 2022 at 1:30 PM |
| Trial | January 9, 2023 at 9:00 AM |
| Length of Trial | 5 days |

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD. | |
| 2 | | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| 3 | | |
| 4 | | |
| 5 | Dated: July 2, 2021 | By: /s/ Alexander D. Zeng |
| | | Steven J. Nataupsky |
| 6 | | Lynda J. Zadra-Symes |
| | | Sean M. Murray |
| 7 | | Matthew S. Bellinger |
| | | Alexander Zeng |
| 8 | | Attorneys for Defendant |
| 9 | | MONSTER ENERGY COMPANY |
| 10 | | |
| 11 | | THE LAW OFFICES OF KENNETH C. BROOKS |
| 12 | | |
| 13 | Dated: July 2, 2021 | By: /s/ Kenneth C. Brooks |
| | | Kenneth C. Brooks |
| 14 | | |
| 15 | | Attorneys for Plaintiff |
| | | OUTDOOR PRO SHOP, INC. |

**ATTESTATION OF E-FILED SIGNATURE**

I, Alexander Zeng, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: July 2, 2021        By: /s/ Alexander Zeng
                                              Alexander Zeng

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 6, 2021        By: [signature: Beth Labson Freeman]
                                              Hon. Beth Labson Freeman
                                              United States District Court Judge