# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., <br> Plaintiff, <br> v. <br> MONSTER ENERGY COMPANY, <br> Defendant. | Case No.  20-cv-05999-BLF <br><br> **ORDER GRANTING STIPULATION FOR EARLY SETTLEMENT CONFERENCE WITH JUDGE SUSAN VAN KEULEN** |

The Court has received the Parties' stipulation for an early settlement conference with a Magistrate Judge by January 18, 2022. *See* Stipulation, ECF 22. The Court GRANTS this stipulation, and the Parties shall contact Judge van Keulen's chambers for scheduling.

**IT IS SO ORDERED.**

Dated: July 6, 2021

_____
BETH LABSON FREEMAN
United States District Judge