# EXHIBIT 15



**State of California**

## SECRETARY OF STATE

Trademark Reg. No.  108124   Class No.  Int. 32
### CERTIFICATE OF REGISTRATION OF TRADEMARK

*I, BILL JONES,* Secretary of State of the State of California, hereby certify:

That in accordance with the application filed in this office the TRADEMARK described below has been duly registered in this office on behalf of:

**Name of Applicant:**   Hansen Beverage Company
**Business Address:**   1010 Railroad Street, Corona, CA 92882
**Date first used in California:**   March 27, 2002
**Date first used anywhere:**   March 27, 2002
**Description of Trademark:**   MONSTER
**Description of Goods on which the Trademark is used:**   Fruit Juice drinks, soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, aerated water, soda water and seltzer water.
**A copy, specimen, facsimile, counterpart or a reproduction of the mark is attached**
**Date of Registration:**   April 24, 2002
**Term of Registration Extends to and Includes:**   April 24, 2012

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 26th **day of** April, 2002



BILL JONES
Secretary of State

NP-24 A (Rev. 1-96)

OSP 99 21639

EXHIBIT 15

A COPY, SPECIMEN, FACSIMILE, COUNTERPART OR

REPRODUCTION OF TRADEMARK REG. NO. 108124



EXHIBIT 15

# State of California
## Secretary of State

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, DEBRA BOWEN,* Secretary of State of the State of California, hereby certify:

| | |
|---|---|
| Trademark Reg. No.: | 108124 |
| Renewal No.: | 19536 |
| Name of Registrant: | Monster Energy Company |
| Business Address: | 550 Monica Circle Ste 201, Corona, Ca 92880 |
| State of Incorporation/ Organization: | Delaware |
| Date First Used in California: | March 27, 2002 |
| Date First Used Anywhere: | March 27, 2002 |
| Description of Trademark: | MONSTER |
| Description of Goods on which the Trademark is Used: | Fruit juice drinks, soft drinks, Carbonated soft drinks and soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, aerated water, soda water and seltzer water |
| Class Number(s): | 32 |
| Date of Registration: | April 24, 2002 |
| Term of Registration Extends to and Includes: | April 24, 2017 |

In accordance with the application for renewal filed in this office, the Trademark described above has been duly renewed.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 15th day of May 2012



**DEBRA BOWEN**
**Secretary of State**

NP-25 (REV 1/2007)

OSP 06 99731

EXHIBIT 15

# State of California
## Secretary of State

### CERTIFICATE OF RENEWAL OF TRADEMARK

*I, ALEX PADILLA,* Secretary of State of the State of California, hereby certify:

| | |
|---|---|
| Registration Number: | 108124 |
| Renewal Number: | 106938 |
| Name of Registrant: | Monster Energy Company |
| Business Address: | 1 Monster Way, Corona, CA 92879 |
| State of Incorporation/ Organization: | DE |
| Date First Used in California: | 3/27/2002 |
| Date First Used Anywhere: | 3/27/2002 |
| Description of mark: | MONSTER |
| Description of Goods: | Fruit juice drinks. Soft drinks, carbonated soft drinks and soft drinks enhanced with vitamins, minerals nutrients, amino acids and/or herbs, aerated water, soda water and seltzer water. |
| Class Number(s): | 32 |
| Date of Registration: | 4/24/2002 |
| Term of Registration Extends to and Includes: | 4/24/2022 |

In accordance with the application for renewal filed in this office, the mark described above has been duly renewed.

IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 14th day of April 2017.



**ALEX PADILLA**
**Secretary of State**

*NP-25 (REV 01/2015)*

EXHIBIT 15



**Secretary of State**
**Business Programs Division**
Special Filings, P.O. Box 942870, Sacramento, CA 94277-2870

April 14, 2017

Jessica C. Sganga
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street
14th Floor
Irvine,, CA 92614

Congratulations, the Renewal of Trademark or Service Mark application submitted to our office has been filed with the California Secretary of State. Enclosed is the Certificate of Renewal of Registration.

Please note the class number(s) of the goods or services may have been changed to reflect the current federal International Schedule of Classes of Goods and Services. A list of the applicable federal International Schedule of Classes of Goods and Services can be found at http://tess2.uspto.gov/netahtml/manual.html. Any change in the class number(s) does not affect the nomenclature for the type of goods or services offered.

If you have any questions regarding this matter, please feel free to contact our office (916) 653-3984.

Sincerely,
Trademark Unit

California Secretary of State
www.sos.ca.gov
(916) 653-3984

EXHIBIT 15



# State of California
## Secretary of State

108124_ 106938

## RENEWAL OF TRADEMARK OR SERVICE MARK
Pursuant to Business and Professions Code section 14217

**IMPORTANT – Read instructions before completing this form.**

| RENEWAL APPLICATION FOR (Check One): | ☑ **TRADEMARK** | ☐ **SERVICE MARK** |
|---|---|---|

1. NAME OF OWNER OF MARK (REGISTRANT)
Monster Energy Company

2. BUSINESS ADDRESS OF REGISTRANT
1 Monster Way

| CITY | STATE | ZIP CODE |
|---|---|---|
| Corona | CA | 92879 |

3. BUSINESS STRUCTURE OF REGISTRANT (Check One and Complete)

☑ CORPORATION (State of Incorporation) Delaware     ☐ SOLE PROPRIETOR

☐ LIMITED LIABILITY COMPANY (State of Organization) _____     ☐ SPOUSES, AS COMMUNITY PROPERTY

☐ LIMITED PARTNERSHIP (State of Organization) _____     ☐ DOMESTIC PARTNERS, AS COMMUNITY PROPERTY

☐ GENERAL PARTNERSHIP (State of Organization) _____     ☐ OTHER (Describe) _____

4. NAMES OF GENERAL PARTNERS, IF REGISTRANT IS A PARTNERSHIP

5. NAME AND/OR DESCRIPTION OF TRADEMARK OR SERVICE MARK
MONSTER

6. TRADEMARK OR SERVICE MARK REGISTRATION NUMBER
108124

7. DATE OF REGISTRATION
April 24, 2002

8. The mark has been and is still in use within the State of California by the registrant in the form and manner specified in the present registration. I certify under penalty of perjury under the laws of the state of California that the foregoing statement is true and correct.

DATE 1-19-2017

SIGNATURE OF AUTHORIZED PERSON

Greg Hall, Vice President & Senior Legal Counsel
TYPE OR PRINT NAME AND TITLE

9. RETURN ACKNOWLEDGMENT TO: (Type or Print)

NAME  Jessica C. Sganga
ADDRESS  Knobbe, Martens, Olson & Bear, LLP
CITY/STATE/ZIP  2040 Main Street, 14th Floor
Irvine, CA 92614          HANBEV.155SCA

THIS SPACE FOR FILING OFFICER USE
TRADEMARK OR SERVICE MARK
REG. NO. 108124
RENEWAL NO. 106938

**FILED**
Secretary of State
State of California
MAR 0 1 2017

SEC/STATE TM 109 (REV. 04/2015)     FILING FEE: $30.00

EXHIBIT 15



EXHIBIT 15



EXHIBIT 15