# EXHIBIT 16

You are here:Home > Monster Fishing Tackle



**Sort By:** Title

80 per page    Page 1 of 1



**Monster Fishing Tackle - LS Performance Tee**

Price: $19.99

★★★★★ (5)



**Monster Fishing Tackle Hydroflex Hat**

Price: $19.99
**Sale Price: $3.99**
*You save $16.00!*

★★★★★ (29)



**Monster Fishing Tackle OPS Patch Hat**

Price: $24.99

★★★★★ (2)



**Monster Fishing Tackle Patch Hat**

Price: $24.99

★★★★★ (1)

EXHIBIT 16



**Monster Fishing Tackle Waterproof Backpack**

Price: $99.99



**Slider Lids for 30oz Stainless Steel Tumblers**

Compare at: $6.99
**Our Price: $3.49**
*You save $3.50!*

(23)

EXHIBIT 16