# EXHIBIT 17



View Cart | My Account / Order Status | Help

INTERNATIONAL ORDERS CLICK HERE

Search by Keyword

Punch/Flippin Rigs
Rods
- Bass Rods
Baitcast Reels
Spinning Reels
Hardbaits
- All Crankbaits
- Shallow Cranks 1-6
- Mid Cranks 6-10
- Deep Cranks 10+
- Lipless
- Lucky Craft Specials
- Rip/Jerk
- Sexy-Foxy Shad Baits
- Spoons
- Top Water
Soft Baits
- Craws
- Grubs
- Creature
- Jerk/Rip/Fluke
- Lizards
- Stick
- Trailers
- Tubes
- Worms
Jigs
Spinnerbaits
Buzzbaits
Chatterbaits
Frogs
Swimbaits
- Hard Swimbaits
- Soft Swimbaits
- Rats and Mice
Line
- Mono
- Fluorocarbon
- Spectra/Braid
- Leader
Scent
Accessories
Hooks
- Basic Hooks
- Treble Hooks
- Trailer Hooks
- Specialty Hooks
- Swimbait Hooks
Weights
- Drop Shot
- Bullet
- Specialty
Tackle Storage & Bags
Tournament Gear
Apparel
- Monster Gear
- Cold Weather Gear
- Hats
- Jackets
- Shirts
- Sweatshirts
Sunglasses
- Costa 580 Sunglasses
- Eye Surrender
- Ono w/ Readers
Manufacturers
- All Manufacturers
MegaDealer
- G. Loomis
- Dobyns Rods
- Lamiglas

Join our mailing list!

Join Now

**You are here: Home > Apparel > Monster Gear**

**Sort By:** Title Go

25 per page **Page** 1 **of 1**

**Monster Bass Jam T-Shirt XL & XXL only**
**Monster Price:** **$4.99**
more info add to cart

**Monster Fishing Tackle .com Flex Fit Hat**
**Monster Price:** $24.99
**Sale Price:** **$9.99**
***You save $15.00!***
more info add to cart
Monster Flex Fit Hat

**Monster Fishing Tackle Future Angler T-Shirt**
**Monster Price:** **$9.99**
more info add to cart
Monster Fishing Tackle Future Angler Baby Fishing T-Shirt

**MonsterFishingTackle.com Die-Cut Vinyl Sticker 9"x 3"**
**Monster Price:** **$1.99**
more info add to cart
MonsterFishingTackle.com Bass Fishing Stickers

**MonsterFishingTackle.com Hoody**
**MSRP** $29.99
**Mosnter Price** **$14.99**
***You save $15.00!***
more info add to cart

**MonsterFishingTackle.com Nylon Jacket**
**MSRP** $49.99
**Monster Price** **$24.99**
***You save $25.00!***
more info add to cart

**MonsterFishingTackle.com Zip Up Fleece**
**MSRP** $29.99
**Monster Price** **$14.99**
***You save $15.00!***
more info add to cart
MonsterFishingTackle.com Zip Up Fleece

**Shop these Manufacturers**
Manufacturers Descriptions

| | | | | | |
|---|---|---|---|---|---|
| ABT Lures | Damiki | Kamakazee | Okuma | Roboworm | Team Davies |
| ACME | Dandy Baits | Keitech | Ono's Trading Co | Rogue | Terminator |
| Abu Garcia | Dry Creek | Lamiglas | Optimum | Seaguar | Top Brass |
| A.C. Plugs | Dobyns | Laser Lure | Orso | Sebile | Top Shelf |
| Ardent | D&M Baits | Lefty's Lure Co. | Owner | Shimano | Toray |
| BaitSmith | Eagle Claw | Leverage Nets | Osprey | Simms Fishing | Trokar |
| Bass Patrol | Edge Fishing | Little Creeper | Paycheck Baits | Sizmic | Trophy Stix |
| Bass Assassin | Eye Surrender | Luck E Strike | Pepper Jigs | Skeet Reese Inc | Tru Tungsten |
| Bassaholics | Falcon Rods | Lucky Craft | Phenix | Skinny Bear | Uncle Josh |
| BasStar | Gamakatsu | Luhr Jensen | Picasso | Smelly Jelly | Under Armour |
| Berkley | Gambler | Mann's Bait Co | Plano | Snagproof | Water Gremlin |

EXHIBIT 17

6/14/2021 | MonsterFishingTackle Gear



**Outdoor Pro Shop Inc. & MonsterFishingTackle.com**

| | | | | | |
|---|---|---|---|---|---|
| Bill Lewis | Gann's Tackle | MattLures | Persuader | Spiderwire | Wright & McGill |
| Biosonix | G. Loomis | Maverick | Powell | Spro | XCaliber |
| Black Dog | Heddon | Matzuo | Power Pro | Stick Jackets | Xcite Baits |
| Blackwater | Hippo Baits | Maxima | Pro Cure | Storm | Xtreme Lubricants |
| Booyah | Hook-N-Line | Mend-It! | Quantum | Stren | Yamamoto |
| Buckeye | Hopkins | Miller Weights | Rainy's Rubber | Strike King | Yo-Zuri |
| Buff | Hot Sauce | Monster Fishing | Rago Bait Company | Strike Zone | Yum |
| Catch 'em Caro | Huddleston | MS Slammer | Rapala | St. Croix | Zappu |
| Costa Del Mar | Ima | Mustad | Reaction Innov. | Sufix | Zoom |
| Cotton Cordell | iRod Bass Rods | Mustang | Reaction Strike | Sumo | 22nd Century |
| Culling 10's | Jackall | Nishine | Revenge Baits | Swarming Hornet | 3:16 Lures |
| Daiwa | JSJ Baits | Norman | River2Sea | Team Bass ADX | |

### MonsterFishingTackle.com Quick Links

**Order Status**
- Has my order shipped?
- How do I change or cancel an item in my order?
- How do I track my order?
- My order never arrived.
- An item is missing from my shipment.
- My product is missing parts.
- When will my backorder arrive?

**My Account**
- How do I create an account?
- How do I edit my account information?
- How much is my shipping?
- I forgot my password.
- How do I return my product?
- I received the wrong product.
- What is your return policy?
- When will my order ship?

**International Shipping**
- Do you ship to my country?
- What are my payment choices?
- When will my order ship and what are my shipping charges?
- What is the return policy?

**Guarantees**
- Low Price Guarantee
- Privacy Policy
- Security

**Additional Support**
- How do I contact you?

**Pricing and Billing**
- Do I have to pay sales tax?
- I have a question on my charges.
- I need a copy of my receipt/invoice.
- When will my credit appear on my account?
- When will my credit card be charged?

**Buyer's Guide**
- How do I buy/redeem a gift certificate?
- How do I find my product?
- How do I navigate the site?
- How do I use a coupon?





MonsterFishingTackle.com uses Volusion's state of the art Security to make your shopping experience secure.

About Us | Become an Affiliate | Privacy Policy | Send Us Feedback | Bookmark Us (CTRL+D)

Company Info | Advertising | Product Index | Category Index | Help | Terms of Use
Copyright © 2010 Outdoor Pro Shop Inc. & MonsterFishingTackle.com. All Rights Reserved.
Sell Online with Volusion.

EXHIBIT 17