# EXHIBIT 18

The Wayback Machine - https://web.archive.org/web/20161223024450/https://www.outdoorproshop.com/Monster-Mug-Tumblers-p/mft-mmtmblrs.htm

OutdoorProShop.com

- Email Us
- My Account
- View Cart
- Home

Search [Go]

(Your shopping cart is empty)

**FREE SHIPPING ON ORDERS OVER $50** — SOME RESTRICTIONS DO APPLY CLICK HERE FOR DETAILS

Shop By Brand

**Quick Links**

- Clearance Sale
- New Items
- Hot Items
- Specials
- Monster Exclusives
- Monster Video
- Limited Swimbaits
- Shop by Manufacturer
- Gift Certificates

**Species**

- Crab Gear
- Rockfish Tackle
- Salmon Tackle
- Steelhead Tackle
- Kokanee Tackle

**Tackle**

- Rods
- Casting Reels
- Spinning Reels
- Rod/Reel Combos
- Buzzbaits
- Frogs
- Hard Baits
- Jigs
- Soft Plastic Baits
- Spinnerbaits
- Spoons
- Swimbaits
- Umbrella Rigs
- Vibrating Jigs
- Terminal Tackle
- Line
- Scents/Cures
- Dough/Natural Baits

**Gear & More**

- Apparel
- Boating
- Cooking & Food Prep
- Coolers & Drinkware
- Gifts & Novelty Items
- Kick Boats
- Specialty Items
- Sunglasses
- Tackle Storage & Bags



Home > Shop by Manufacturer > Monster Fishing Tackle >
Monster Mug Tumblers w/ Upgraded Slider Lids



Click image to enlarge

Sign up for Monster Fishing Tackle updates

This item does not qualify for additional discounts.

Compare at: $29.99
**Sale: $9.99**
*You save $20.00!*
- Monster Mug Tumblers
- Sizes (2): 20oz & 30oz
- Includes Upgraded Slider Lid
- Features: 18/8 Stainless Steel, Double Wall Vacuum Insulated for Hot/Cold

**Choose a size**


[First, Select Choose a size ▼]

Quantity: [1]    [add to cart]    Add To Wish List

### Description

# Monster Mug Tumblers

*Hot or Cold*

The Monster Mug Tumblers are stainless steel, double wall vacuum insulated drinkware designed to keep your beverage piping hot or ice cold. Constructed from an 18/8 stainless steel with double-wall vacuum insulation, the Monster Mug Tumblers are everything you want and more. Ice down your favorite beverage before leaving the house and you'll be pleasantly surprised at how long the Monster Mug Tumblers retain the ice and how well it keeps your drink cold without sweating through the exterior. Hours later, you can return to your drink and you'll still have it tasting great, ice cold, and the ice cubes will be intact - we can confidently claim up to 36 hours of ice retention. The design of our Monster Mug Tumblers keeps ice twice as long as any plastic version on the market. The Monster Mugs work just as well for hot beverages keeping coffee or tea warm for incredibly long periods of time.

In addition to the excellent qualities of the mug itself, we have also included an upgraded lid standard with all Monster Mugs. Each of our Monster Mug Tumblers includes a splash proof slider lid which makes transport much more secure. Now, when you hit bumps in the road your closed slider lid will keep your hot coffee from spilling all over the truck.

**We offer the Monster Mug Tumblers in two sizes: 20oz and 30oz, includes upgraded Slider Lid**

## Monster Mug Guarantee

If our Monster Mug Tumblers do not perform **as well or better than** your Yeti, Rtic, Engel or Ozark drinkware, we'll give you your money back. We are that confident that our design takes the stainless steel drinkware forward that we have no qualms putting our money where our mouth is. So go ahead, buy one and see for yourself.

## Monster Mug vs. Yeti

|  | Monster Mug | Yeti |
|---|---|---|
| Price: | $17.99 | $29.99 - $34.99 |

**Related Products...**

Slider Lids for Stainless Steel Tumblers
**Our Price: $3.49**


Monster Fishing Tackle Sticker Decals
**Starting at $4.00**

7/8/2021 — Monster Mug Tumblers

|  | **Monster Mug** | **Yeti** |
|---|---|---|
| Material: | 18/8 Stainless Steel | 18/8 Stainless Steel |
| Double Wall Vacuum Insulated: | Yes | Yes |
| Ice Retention: | 36 hours | 24 hours |
| Lid: | Upgraded Splash-Proof Slider Lid | Open Standard Lid |
| No Sweat Exterior: | Yes | Yes |
| Suitable for Hot Beverages: | Yes | Yes |

*\*YETI, Roadie, Tundra, Rambler are Registered Trademarks of YETI Coolers. These products are not affiliated with YETI Coolers.*

Average Customer Review: ★★★★★ 5 of 5   Total Reviews: 37   **[Click here to write a review](#)**

---

0 of 0 people found the following review helpful:

★★★★★ **Love the Tumblers**                                    December 16, 2016
*Reviewer: Ed Kriston from Maryland, United States*
I have been looking at these for a little while and waited until I heard back from others that had purchased them.  I actually bought the larger one for a Christmas present and the smaller, 20 oz. for me next season. According to others in my Forum they work very well.

Was this review helpful to you?

---

0 of 0 people found the following review helpful:

★★★★★ **Monster Mugs**                                         November 29, 2016
*Reviewer: Brent Aucoin from houston, TX United States*
Quick shipping and good service.
Mugs appear to be a quality item and initial ice test show to be comparable to the competition.

Was this review helpful to you?

---

0 of 0 people found the following review helpful:

★★★★★ **GREAT**                                                November 20, 2016
*Reviewer: GS from Michigan*
can't believe how long this mug keeps coffee hot great product  for the money

Was this review helpful to you?

---

0 of 0 people found the following review helpful:

★★★★★ **top shelf**                                            October 30, 2016
*Reviewer: Anonymous Person from Lakeside, CA United States*
Works as advertised. Keeps the morning hot coffee for hours and the lids keep it spill proof. I will buy a few more.
B

Was this review helpful to you?

---

0 of 0 people found the following review helpful:

★★★★★ **GREAT PRODUCT**                                        October 27, 2016
*Reviewer: JOHN RIZO from castaic, CA United States*
New Favorite!!  Thanks monster

Was this review helpful to you?

---

**[View All Customer Reviews](#)**

**Browse for more products in the same category as this item:**
[Shop by Manufacturer](#) > [Monster Fishing Tackle](#)
[Coolers & Drinkware](#)
[Monster Exclusives](#)

**EXHIBIT 18**

7/8/2021                                                                 Monster Mug Tumblers

Coolers & Drinkware > Drinkware
Hot Items

- About Us
- Company Info
- Retail Location
- Privacy Policy
- Terms & Conditions

- My Account
- Login / Register
- Shopping Cart
- Orders
- Become an Affiliate
- Military Discount

- Resources
- Shipping Info
- Join Mailing List
- Returns
- All Manufacturers

- Contact Us
- Toll Free: 855.588.8033
- Local: 707.588.8033
- 412 Houser Street Cotati, CA 94931
- Internet Hours 9 a.m. ï¿½ 5 p.m. PST M - F
- Store Hours 9 a.m. ï¿½ 6 p.m. 7 days/wk
- Email Us




Monster Fishing Tackle Instagram


Authorize.Net Merchant - Click to Verify

Copyright © 2016 Outdoor Pro Shop Inc. & MonsterFishingTackle.com. All Rights Reserved.
Built with Volusion

EXHIBIT 18