# EXHIBIT 19

6/14/2021                                          Exclusive Fishing Items

FREE SHIPPING ON ORDERS OVER $50   SOME RESTRICTIONS DO APPLY CLICK HERE FOR DETAILS

HOME   VIEW CART   MY ACCOUNT   EMAIL US

Search [ ] Go

(Your shopping cart is empty)

Shop By Brand ▼                You are here: Home > Monster Exclusives

**QUICK LINKS**

Clearance Sale
New Items
Hot Items
Specials
Monster Exclusives
Monster Video
Shop by Manufacturer
Gift Certificates



**SPECIES**

Crab Gear
Rockfish Tackle
Salmon Tackle
Steelhead Tackle
Kokanee Tackle

**TACKLE**

Rods
Casting Reels
Spinning Reels
Rod/Reel Combos
Buzzbaits
Frogs
Hard Baits
Jigs
Soft Plastic Baits
Spinnerbaits
Spoons
Swimbaits
Umbrella Rigs
Vibrating Jigs
Terminal Tackle
Line
Scents/Cures
Dough/Natural Baits

**GEAR & MORE**

Apparel
Boating
Cooking & Food Prep
Coolers & Drinkware
Gifts & Novelty Items
Kick Boats
Specialty Items
Sunglasses
Tackle Storage & Bags



Sort By: Price: Low to High ▼ GO

40 per page ▼  Page 1  of 1

| | | | |
|---|---|---|---|
| Gift Certificate | Monster Fishing Tackle Sticker | Roboworm Fat Monster Shad | Roboworm Monster Hitch Straight Tail Worm |
| | Price: $2.00 | Price: $3.39 | Price: $3.59 |

 



| Roboworm Monster Shad Straight Tail Worm | Roboworm Monster Shad Alive Shad | Monster Fishing Tackle Sticker Decals | Yamamoto Monster Shad Shape Worm |
|---|---|---|---|
| Price: $3.69 | Price: $3.99 | Starting at $4.00 | Price: $4.59 |
| 3 Sizes | | | |





| Yamamoto Senko Monster Shad | D&M; Swim Bait 5" - Monster Shad | Savage Gear 3D Line Thru Trout V2 6" - Monster Custom Colors | Monster Fishing Tackle Hydroflex Hat Grey |
|---|---|---|---|
| Price: $7.69 | Price: $8.99 | Price: $12.99 | Price: $19.99 |
| Sale Price: $7.29 | | 3 Custom Colors | Sale Price: $12.99 |
| 3 Sizes | | | You save $7.00! |
| You save $0.40! | | | |





| Monster Fishing Tackle - SS Performance Tee | Osprey Lures RMAC - Monster Trout Swimbaits | Savage Gear 3D Line Thru Trout V2 8" - Monster Custom Colors | Monster Fishing Tackle Flexfit Mesh Trucker Hat |
|---|---|---|---|
| Price: $14.99 | Starting at $15.99 | Price: $17.99 | Price: $19.99 |
| | 3 Sizes - Monster Exclusive | 4 Custom Colors | |





 

| Monster Fishing Tackle Classic | Fringe Tackle Ultimate Series | Monster LS Sun Shirt UPF50 | Division Rebel Tackles Tiny |

EXHIBIT 19

6/14/2021                                                     Exclusive Fishing Items



3 Colors







**ATTIC LightReal 175J Slow Sink**

Price: $79.99
**Introductory Price:**
**$69.99**
*You save $10.00!*

**NEW!** **Black Dog Baits Custom Lunker Punker - Wood**
**Starting at $74.99**
Exclusive Colors

**ATTIC Living B.G.R. Jr**
**Price: $79.99**

**Division Rebel Tackles - Klash**

Price: $99.99
**Spring Special:**
**$89.99**
New Colors
*You save $10.00!*






Black Dog Baits Custom Lunker Punker

**Monster Fishing Tackle - Lucky Swimbait Necklace**
**Price: $109.99**



---

#### ABOUT US

Company Info

Retail Location

Privacy Policy

Terms & Conditions

#### MY ACCOUNT

Login / Register

Shopping Cart

Orders

Become an Affiliate

Military Discount

#### RESOURCES

Shipping Info

Join Mailing List

Returns

All Manufacturers

#### CONTACT US

Toll Free: 855.588.8033

Local: 707.588.8033

412 Houser Street Cotati, CA 94931

Internet Hours 9 a.m. � 5 p.m. PST M - F

Store Hours 9 a.m. � 6 p.m. 7 days/wk

Email Us







---

Copyright © 2013 Outdoor Pro Shop Inc. & MonsterFishingTackle.com. All Rights Reserved.
Built with Volusion

EXHIBIT 19