Steven J. Nataupsky (155,913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (156,511)
lynda.zadra-symes@knobbe.com
Matthew S. Bellinger (222,228)
matt.bellinger@knobbe.com
Sean M. Murray (213,655)
sean.murray@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Alexander Zeng (317,234)
alexander.zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant
MONSTER ENERGY COMPANY

Kenneth C. Brooks
kcb@brookspatents.com
Law Offices of Kenneth Brooks
5329 Thunder Ridge Circle
Rocklin, CA 95765
408-368-7997
Fax: 877-730-4315

Attorneys for Plaintiff
OUTDOOR PRO SHOP, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONSTER ENERGY COMPANY, <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | No.  5:20-CV-05999-BLF <br><br> Hon. Beth Labson Freeman <br> Hon. Susan van Keulen <br><br> **NOTICE OF FILING REDLINED VERSION OF STIPULATED PROTECTIVE ORDER** |

Pursuant to Judge van Keulen's Civil and Discovery Referral Matters Standing Order, the parties hereby file a redlined version of the Stipulated Protective Order (Dkt. 31) filed on October 21, 2021. The redlined version is attached as Exhibit A and designates the changes the parties made to the Court's model protective order.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 5, 2021   By: */s/ Alexander D. Zeng*
  Steven J. Nataupsky
  Lynda J. Zadra-Symes
  Matthew S. Bellinger
  Sean M. Murray
  Alexander Zeng

Attorneys for Defendant
MONSTER ENERGY COMPANY

Law Offices of Kenneth Brooks

Dated: November 5, 2021   By: */s/ Kenneth C. Brooks*
  Kenneth C. Brooks

Attorneys for Plaintiff
OUTDOOR PRO SHOP, INC.

**ATTESTATION OF E-FILED SIGNATURE**

I, Alexander Zeng, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Respectfully submitted,

Dated: November 5, 2021   By: */s/ Alexander D. Zeng*
  Alexander Zeng

Attorneys for Defendant, MONSTER ENERGY COMPANY