Steven J. Nataupsky (155,913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (156,511)
lynda.zadra-symes@knobbe.com
Sean M. Murray (213,655)
sean.murray@knobbe.com
Matthew S. Bellinger (222,228)
matt.bellinger@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Alexander Zeng (317,234)
alexander.Zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant
MONSTER ENERGY COMPANY

Kenneth C. Brooks (SBN 167,792)
kcb@brookspatents.com
LAW OFFICES OF KENNETH C. BROOKS
5329 Thunder Ridge Circle
Rocklin, California 95765
Phone: (408) 368-7997
Facsimile: (877) 730-4315

Attorneys for Plaintiff
OUTDOOR PRO SHOP, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MONSTER ENERGY COMPANY,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | No.  5:20-CV-05999-BLF<br><br>Hon. Beth Labson Freeman<br><br>**JOINT FURTHER CASE MANAGEMENT STATEMENT**<br><br><u>Further Case Management Conference:</u><br><br>Date:          January 27, 2022<br>Time:          11:00  a.m.<br>Location:    Courtroom No. 3 |

Pursuant to Civil L.R. 16-10(d), the Plaintiff Outdoor Pro Shop, Inc. ("OPS") and Defendant Monster Energy Company ("Monster") submit the following Joint Further Case Management Statement to report progress and changes since the parties submitted the Joint Case Management Statement (Dkt. 15) on June 2, 2021.  There have been progress or changes with respect to the following topics listed in the Court's standing order on the content of case management orders:

**TOPIC 4:  STATUS OF MOTIONS**

Since the Initial Case Management Conference on June 17, 2021, the Court granted Monster's motion to dismiss (Dkt. 20 – June 21, 2021) with leave to amend. On July 6, 2021, OPS filed a First Amended Complaint (Dkt. 25).  On July 20, 2021, Monster filed an Answer and Counterclaims (Dkt. 26).  On August 10, 2021, OPS filed an Answer to Monster's Counterclaims (Dkt. 27).

**TOPIC 8:  DISCOVERY**

Since the Initial Case Management Conference (*see* Dkt. 18), the parties served additional written discovery but have not yet taken any depositions.

**TOPIC 12:  SETTLEMENT AND ADR**

On July 6, 2021, consistent with the parties' stipulation, the Court ordered the parties to participate in an early settlement conference with Magistrate Judge Susan van Keulen (Dkt. 24).  On October 26, 2021, the parties attended a pre-settlement call with Judge van Keulen (Dkt. 34).  On October 28, 2021, the parties attended the settlement conference with Judge van Keulen via videoconferencing.  On November 18, 2021, the parties participated in a further settlement conference with Judge van Keulen (*see* Dkt. 37).  However, the parties were unable to settle their dispute.

1        **a.** <u>**OPS's Position**</u>

2        Outdoor Pro Shop, Inc. is desirous of settling the matter and believes that

3    another settlement conference after close of fact discovery will be beneficial.

4    Currently the parties are in the nascent of three separate oppositions before the

5    Trademark Trial and Appeal Board in that extension of time to oppose the marks

6    have been filed by the parties; however, no Notice of Opposition has yet been filed.

7    It is anticipated that the fact discovery from these administrative proceedings will

8    have a bearing on this action, which is the reason that Outdoor Pro Shop, Inc.

9    believes a subsequent settlement conference may be fruitful.

10        **b.** <u>**Monster's Position**</u>

11        Monster does not believe that further ADR proceedings would be productive

12    until after the close of fact discovery.  Monster disagrees with OPS's argument that

13    discovery in the pending opposition proceeding "will have a bearing on this action."

14    The Trademark Trial and Appeal Board ("TTAB") consolidated all the pending

15    oppositions and stayed the consolidated opposition pending resolution of this civil

16    action.  There is no reason to believe the TTAB would treat differently any future

17    oppositions filed by the parties.

18

19    **TOPIC 17:  SCHEDULING**

20        **a.** <u>**OPS's Position**</u>

21        Currently the parties are in the nascent of three separate oppositions before

22    the Trademark Trial and Appeal Board in that extension of time to oppose the marks

23    have been filed by the parties; however, no Notice of Opposition has yet been filed.

24    It is anticipated that the fact discovery from these administrative proceedings will

25    have a bearing on this action.  It is a too early to determine.  For examples, there will

26    be several issues resolved in said Oppositions that may greatly impact the issues in

27    this case such that conflicting results may occur and should be avoided.  *See*

28    *generally*, *V.V.V. & Sons Edible Oils Limited, a Public Limited Company, v.*

JOINT FURTHER CASE MANAGEMENT STATEMENT        Case No.: 5:20-CV-05999-BLF

*Meenakshi Overseas, LLC*, 946 F.3d 542 (9th Cir. 2019)(reversing a trial court's dismissal of an action based upon *res judicata* in light of an earlier default judgment before the Trademark Trial and Appeal Board and remanding back to determine if collateral estoppel applies.)

     **b.  Monster's Position**

     Monster does not currently anticipate any need to revise the Court's case schedule (Dkt. 23).  As discussed above, OPS is incorrect that fact discovery in the pending consolidated opposition could affect this case.  That opposition has been stayed.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:  January 20, 2022     By:/s/ *Sean M. Murray*

      Steven J. Nataupsky
      Lynda J. Zadra-Symes
      Sean M. Murray
      Matthew S. Bellinger
      Alexander D. Zeng

Attorneys for Defendant
MONSTER ENERGY COMPANY

THE LAW OFFICES OF KENNETH C. BROOKS

Dated:  January 20, 2022     By: /s/ *Kenneth C. Brooks*

      Kenneth C. Brooks

Attorney for Plaintiff
OUTDOOR PRO SHOP, INC.

1

## ATTESTATION OF E-FILED SIGNATURE

2

3

I, Sean M. Murray, attest that all signatories listed above have read and approved this joint statement and consent to the filing of same in this action.

4

5   Dated:  January 20, 2022          By: */s/ Sean M. Murray*

6                                          Sean M. Murray

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28