UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>MONSTER ENERGY COMPANY,<br><br>    Defendant. | Case No. 20-cv-05999-BLF<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' case management statement. ECF No. 38. There appear to be no issues for the Court's attention at this time, so the Court VACATES tomorrow's case management conference. If the parties want to jointly request a settlement conference in the future, they should direct that request to Magistrate Judge van Keulen. If a future case management issue arises for which the parties require this Court's assistance, they may submit a joint stipulation requesting a case management conference.

**IT IS SO ORDERED.**

Dated: January 26, 2022

BETH LABSON FREEMAN
United States District Judge