# EXHIBIT B

Steven J. Nataupsky (155,913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (156,511)
lynda.zadra-symes@knobbe.com
Sean M. Murray (213,655)
sean.murray@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Alexander Zeng (317,234)
alexander.zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant
MONSTER ENERGY COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONSTER ENERGY COMPANY, <br><br> Defendant. | No. 5:20-CV-05999-BLF <br><br> Hon. Beth Labson Freeman <br><br> **MONSTER ENERGY COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF (NOS. 1-2)** |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Monster Energy Company ("Monster") hereby requests that Plaintiff Outdoor Pro Shop, Inc. ("OPS") answer the following interrogatories in writing and serve a verified copy of such answer upon counsel for Monster within thirty (30) days of service thereof.

## DEFINITIONS

1. The terms "OPS," "You," or "Your" mean Plaintiff Outdoor Pro Shop, Inc. and any principal, officer, director, employee, former employee, servant, agent, attorney or other representative acting on its behalf, and shall include any parent, subsidiary, division, predecessor, successor, or affiliate.

2. The term "Monster" means Monster Energy Company and any principal, officer, director, employee, former employee, servant, agent, attorney or other representative acting on behalf of Monster.

3. The term "OPS's Marks" means the marks MONSTER FISHING, MONSTER FISHING TACKLE, MONSTERFISHING.COM and any variations thereof.

4. The phrase "use in commerce" is defined in 15 U.S.C. § 1127.

## GENERAL INSTRUCTIONS

1. All requests to identify a person in the following Interrogatories are to be answered by providing sufficient information to enable an attorney to contact the person by telephone and mail, and to serve legal documents on such person.

2. If You claim that any information requested is protected by any privilege or immunity, provide all information falling within the scope of the interrogatory which is not subject to the claim of privilege or immunity, and describe in detail the basis for the claim of privilege.

3. Your obligation to respond to these interrogatories is continuing and the responses are to be promptly supplemented to include subsequently acquired information in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

# INTERROGATORIES

**INTERROGATORY NO. 1:**

For each category of product (goods or services) identified in Monster's Request for Production Nos. 1-13, describe the first use in commerce of the OPS marks in that product category. Your description should at least include the names and model numbers of the first product(s) sold under an OPS Mark in the product category; the specific OPS mark(s) used in connection with each of those products and the manner in which each mark was used (e.g., printed on the product, displayed on the packaging); where each of those products was sold (e.g., online, in OPS stores, through catalogs) and its retail price; the time period during which each of those products was offered for sale; and the date each of those products was first sold.

**INTERROGATORY NO. 2:**

Identify all magazines, websites, social media, televisions stations, radio stations and other marketing channels in which OPS has advertised any of its products since 2000, whether or not the product was branded with an OPS Mark.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 14, 2021    By: /Alexander D. Zeng/
          Steven J. Nataupsky
          Lynda J. Zadra-Symes
          Matthew S. Bellinger
          Sean M. Murray
          Alexander Zeng

          Attorneys for Defendant
          MONSTER ENERGY COMPANY

**CERTIFICATE OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On June 14, 2021, I served the foregoing **MONSTER ENERGY COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF (NOS. 1-2)** on counsel shown below via **EMAIL**:

> **Kenneth C. Brooks**
> Law Offices of Kenneth Brooks
> 5329 Thunder Ridge Circle
> Rocklin, CA 95765
> 408-368-7997
> Fax: 877-730-4315
> Email: kcb@brookspatents.com
>
> *Attorneys for Plaintiff,* Outdoor Pro Shop, Inc.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 14, 2021, at Orange County, California.

>            */s/ Scott Hobin*
>                Scott Hobin