# EXHIBIT C

Steven J. Nataupsky (155,913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (156,511)
lynda.zadra-symes@knobbe.com
Sean M. Murray (213,655)
sean.murray@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Alexander Zeng (317,234)
alexander.Zeng@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
1925 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (310) 551-3450
Facsimile: (310) 551-3458

Attorneys for Defendant
MONSTER ENERGY COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MONSTER ENERGY COMPANY, <br><br> Defendant. | No.  5:20-CV-05999-BLF <br><br> Hon. Beth Labson Freeman <br><br> **MONSTER ENERGY COMPANY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-14)** |

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant Monster Energy Company ("Monster") hereby requests that Plaintiff Outdoor Pro Shop, Inc. ("OPS") respond in writing to the following requests for production of documents and things, separately and fully, and produce the documents and things identified below within thirty (30) days of the date these requests are served. OPS's responses and production may be made at the offices of Knobbe, Martens, Olson & Bear LLP, located at 1925 Century Park East, Suite 600, Los Angeles, CA 90067.

## DEFINITIONS

1. The terms "OPS," "You," or "Your" mean Plaintiff Outdoor Pro Shop, Inc. and any principal, officer, director, employee, former employee, servant, agent, attorney or other representative acting on its behalf, and shall include any parent, subsidiary, division, predecessor, successor, or affiliate.

2. The term "Monster" means Monster Energy Company and any principal, officer, director, employee, former employee, servant, agent, attorney or other representative acting on behalf of Monster.

3. The term "OPS's Marks" means the marks MONSTER FISHING, MONSTER FISHING TACKLE, MONSTERFISHING.COM and any variations thereof.

4. The term "document" means all original documents or electronically stored information, and all copies or versions thereof (including versions that differ from the original because of notes or translations added to certain copies), encompassed by Rule 1001 of the Federal Rules of Evidence or Rule 34(a) of the Federal Rules of Civil Procedure, including (without limitation) e-mail, drawings, videos, images and data compilations stored in any medium whatsoever.

5. The term "thing" shall include all tangible objects of any type, composition, construction or nature.

6. The phrase "use in commerce" is defined in 15 U.S.C. § 1127.

## GENERAL INSTRUCTIONS

If You claim that any requested document or thing is protected by any privilege or immunity from discovery, produce all documents or things falling within the scope of the request that are not subject to the privilege or immunity, and describe in detail the basis for the claim of privilege.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with fishing equipment.

**REQUEST FOR PRODUCTION NO. 2:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with sports equipment other than fishing equipment.

**REQUEST FOR PRODUCTION NO. 3:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with clothing.

**REQUEST FOR PRODUCTION NO. 4:**

All documents or things evidencing the first use in commerce of each OPS Marks in connection with hats or other headgear.

**REQUEST FOR PRODUCTION NO. 5:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with footwear.

**REQUEST FOR PRODUCTION NO. 6:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with tents.

**REQUEST FOR PRODUCTION NO. 7:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with camping equipment.

**REQUEST FOR PRODUCTION NO. 8:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with eyewear (*e.g.*, glasses, sunglasses and lanyards).

**REQUEST FOR PRODUCTION NO. 9:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with beverage wear (*e.g.*, mugs, cups, thermoses and bottles).

**REQUEST FOR PRODUCTION NO. 10:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with novelty items other than beverage ware.

**REQUEST FOR PRODUCTION NO. 11:**

All documents or things evidencing the first use in commerce of each OPS Mark in connection with brick-and-mortar retail store services.

**REQUEST FOR PRODUCTION NO. 12:**

All documents or things evidencing the first use in commerce of each OPS Mark used in connection with online retail store services.

**REQUEST FOR PRODUCTION NO. 13:**

All documents or things evidencing any use of an OPS Mark in commerce on which You will rely to establish trademark rights or trademark priority.

**REQUEST FOR PRODUCTION NO. 14:**

All advertisements, catalogs, brochures, mailers, marketing emails, videos, fliers and other marketing materials that OPS purchased or disseminated since 2000.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 14, 2021      By: */Alexander D. Zeng/*
                                              Steven J. Nataupsky
                                              Lynda J. Zadra-Symes
                                              Sean M. Murray
                                              Alexander Zeng

                                              Attorneys for Defendant
                                              MONSTER ENERGY COMPANY

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On June 14, 2021, I served the foregoing **DEFENDANT MONSTER ENERGY COMPANY'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-14)** on counsel shown below via **EMAIL**:

**Kenneth C. Brooks**
Law Offices of Kenneth Brooks
5329 Thunder Ridge Circle
Rocklin, CA 95765
408-368-7997
Fax: 877-730-4315
Email: kcb@brookspatents.com

*Attorney for Plaintiff*, Outdoor Pro Shop, Inc.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 14, 2021, at Orange County, California.

*/s/ Scott Hobin*
Scott Hobin