# EXHIBIT F

1  Steven J. Nataupsky (155,913)
   steven.nataupsky@knobbe.com
2  Lynda J. Zadra-Symes (156,511)
   lynda.zadra-symes@knobbe.com
3  Matthew S. Bellinger (222,228)
   matt.bellinger@knobbe.com
4  Sean M. Murray (213655)
   sean.murray@knobbe.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
6  Irvine, CA  92614
   Telephone: (949) 760-0404
7  Facsimile: (949) 760-9502

8  Alexander Zeng (317,234)
   alexander.zeng@knobbe.com
9  KNOBBE, MARTENS, OLSON & BEAR, LLP
   1925 Century Park East, Suite 600
10 Los Angeles, CA 90067
   Telephone: (310) 551-3450
11 Facsimile: (310) 551-3458

12 *Attorneys for Defendant-Counterclaimant,*
   MONSTER ENERGY COMPANY

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., | No.  5:20-CV-05999-BLF |
| Plaintiff, | Hon. Beth Labson Freeman |
| v. | **MONSTER ENERGY COMPANY'S SECOND SET OF INTERROGATORIES TO PLAINTIFF (NOS. 3-15)** |
| MONSTER ENERGY COMPANY, | |
| Defendant. | |
| AND ALL COUNTERCLAIMS | |

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Monster Energy Company ("Monster") hereby requests that Plaintiff Outdoor Pro Shop, Inc. ("OPS") answer the following interrogatories in writing and serve a verified copy of such answer upon counsel for Monster within thirty (30) days of service thereof.

## DEFINITIONS

1. The terms "OPS," "You," or "Your" refer to Plaintiff Outdoor Pro Shop, Inc. and any principal, officer, director, employee, former employee, servant, agent, attorney or other representative acting on its behalf, and shall include any parent, subsidiary, division, predecessor, successor, or affiliate.

2. "Monster" means Monster Energy Company and any principal, officer, director, employee, former employee, servant, agent, attorney or other representative acting on behalf of Monster.

3. "OPS Marks" means the marks MONSTER FISHING, MONSTER FISHING TACKLE, MONSTERFISHING.COM and any variations thereof.

## GENERAL INSTRUCTIONS

1. All requests to identify a person in the following Interrogatories are to be answered by providing sufficient information to enable an attorney to contact the person by telephone and mail, and to serve legal documents on such person.

2. If You claim that any information requested is protected by any privilege or immunity, provide all information falling within the scope of the interrogatory which is not subject to the claim of privilege or immunity, and describe in detail the basis for the claim of privilege.

3. Your obligation to respond to these interrogatories is continuing and the responses are to be promptly supplemented to include subsequently acquired information in accordance with Rule 26(e) of the Federal Rules of Civil Procedure.

# INTERROGATORIES

**INTERROGATORY NO. 3:**

Describe the facts surrounding Your adoption of the OPS Marks, including, but not limited to, how You conceived, created, selected, cleared, and/or acquired the OPS Marks, whether You conducted a clearance search, the individuals involved and their respective roles, and the production numbers of any documents that corroborate the information provided in Your response.

**INTERROGATORY NO. 4:**

Describe the target market(s) and desired customer base(s) for the goods and services sold under the OPS Marks, including by describing the demographic characteristics of the typical person who purchases the product (e.g., gender, age, socioeconomic status, geographic location, education level) and, if different, the demographic characteristics of the typical person who uses the product. If the target market differs depending on the category of good or service, then describe each target market separately.

**INTERROGATORY NO. 5:**

Describe in detail the manner in which You have advertised, marketed, or promoted the OPS Marks, including by identifying (by name, date and location) the specific events, trade shows, publications, websites or social-media sites where You advertised, marketed, or promoted an OPS Mark (or product/service sold under an OPS Mark), and by providing the production numbers of any documents that evidence the nature of the advertisement or promotion.

**INTERROGATORY NO. 6:**

Describe in detail Your expenditures on advertising, marketing and promoting the OPS Marks since 2000, including by identifying, on an annual basis, the total amount You spent and the amount You paid to each third party, and by providing the production numbers of any documents showing that you made a payment to advertise, market or promote the OPS Marks.

**INTERROGATORY NO. 7:**

Describe all channels of trade through which You have provided goods or services in the United States under the OPS Marks, including by identifying each brick-and-mortar store, website, event or other channel through which such products have been sold, and by identifying documents sufficient to corroborate the information provided in Your response.

**INTERROGATORY NO. 8:**

State Your gross profits, costs and net profits, on an annual basis since 2000 and before taxes, for each product (good or service) sold under an OPS Mark (identified by product name and catalog/model number).

**INTERROGATORY NO. 9:**

Identify OPS's primary competitors with respect to the goods and services sold under the OPS Marks, as well as each competitor's competitive goods and services.  If OPS's primary competitors differ depending on the category of good or service, then separately describe OPS's primary competitors in each category.

**INTERROGATORY NO. 10:**

Describe in detail the factual bases for Your claim that Monster has infringed Your alleged rights in the OPS Marks, including by identifying (by product name or product category) the Monster goods and services that You contend infringe, the specific marks that are allegedly infringed by each Monster product or product category, any facts that support Your view that there is a likelihood of consumer confusion, and any documents that evidence the facts identified in Your response.

**INTERROGATORY NO. 11:**

Describe in detail any discussions of Monster or its trademarks, whether internal to OPS or with third parties, including any discussions during the creation, design, selection, development, adoption, clearance or approval of the OPS Marks.

Case 5:20-cv-05999-BLF   Document 42-6   Filed 02/16/22   Page 6 of 8

**INTERROGATORY NO. 12:**

Describe any instances of actual confusion between (1) You, any OPS Mark, or any good or service sold under an OPS Mark, and (2) Monster, a Monster Mark, or any Monster Good or Service. Your description should include an identification of all persons with knowledge of the alleged incidents and the production numbers all documents relating to the alleged incidents.

**INTERROGATORY NO. 13:**

For each OPS Mark that You contend has acquired secondary meaning, describe in detail the factual basis for Your contention, including by identifying the date by which you contend the mark acquired secondary meaning and all documents that support Your contention.

**INTERROGATORY NO. 14:**

Describe in detail the basis for Your claim for damages in this lawsuit, including the form(s) of damages (*e.g.,* lost profits) You are claiming, the method and the basis for computing those damages, the time period for which You are claiming each form of damages, any documents that You contend support Your claim for damages, the identity of any persons with knowledge that supports Your damages claim, and the type of information that each such person possesses.

**INTERROGATORY NO. 15:**

Identify (by name, company, title, address and telephone number) all persons likely to have discoverable information – along with the subjects of that information – that supports or refutes the claims or defenses of either party in this action.

/ / /

/ / /

/ / /

|   |   |   |
|---|---|---|
| | | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: August 10, 2021 | | By: */s/ Alexander Zeng* |
| | | Steven J. Nataupsky |
| | | Lynda J. Zadra-Symes |
| | | Matthew S. Bellinger |
| | | Sean M. Murray |
| | | Alexander Zeng |

*Attorneys for Defendant and Counterclaimant,*
MONSTER ENERGY COMPANY

# CERTIFICATE OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.

On August 10, 2021, I served the foregoing **MONSTER ENERGY COMPANY'S SECOND SET OF INTERROGATORIES TO PLAINTIFF (NOS. 3-15)** on counsel shown below via **EMAIL**:

> **Kenneth C. Brooks**
> Law Offices of Kenneth Brooks
> 5329 Thunder Ridge Circle
> Rocklin, CA 95765
> 408-368-7997
> Fax: 877-730-4315
> Email: kcb@brookspatents.com
>
> *Attorneys for Plaintiff and Counter-Defendant,*
> Outdoor Pro Shop, Inc.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 10, 2021, at Orange County, California.

                                          */s/ Scott Hobin*
                                   Scott Hobin