# EXHIBIT K

1  Kenneth C Brooks (SBN 167,792)
   Law Offices of Kenneth Brooks
2  5329 Thunder Ridge Circle
   Rocklin, California 95765
3  Tel: 408 368-7997
   Fax: 877 730-4315
4  Attorney for Plaintiff

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 OUTDOOR PRO SHOP, INC.,           )   Case No.: 5:20-cv-005999-BLF
              Plaintiff,             )
12       vs.                         )   PLAINTIFF OUTDOOR PRO SHOP, INC.'S
                                     )   RESPONSES TO MONSTER ENERGY
13 MONSTER ENERGY COMPANY,           )   COMPANY'S REQUESTS FOR
                                     )   PRODUCTION OF DOCUMENTS
14                                   )
           Defendant.                )   SET: ONE
15                                   )
                                     )
16                                   )

17 PROPOUNDING PARTY:    MONSTER ENERGY COMPANY

18 RESPONDING PARTY:     OUTDOOR PRO SHOP, INC.

19 SET NUMBER:           ONE

20     To MONSTER ENERGY COMPANY AND ITS ATTORNEYS OF RECORD:

21     Pursuant to Fed. R. Civ. P. 34(b), OUTDOOR PRO SHOP, INC. hereby responds and

22 object to MONSTER ENERGY COMPANY's SET NUMBER ONE request for production of

23 documents.

24     1. OUTDOOR PRO SHOP, INC. objects to the date on which MONSTER ENERGY

25 COMPANY demands production of responsive documents because it is less than the 30

day period for serving a written response set forth in FRCP 34(b). Notwithstanding this objection, in the interest of ensuring that this case proceeds on an expedited basis, OUTDOOR PRO SHOP, INC. will attempt to produce its non-privileged, non objectionable responsive documents on a shortened time schedule. However, OUTDOOR PRO SHOP, INC. reserves its right to produce documents after the 30 day time period.

2. OUTDOOR PRO SHOP, INC. shall respond to the requests as if directed only at documents within its possession, custody or control.

3. This response is based upon documents presently available to and located by OUTDOOR PRO SHOP, INC. and is given without prejudice to OUTDOOR PRO SHOP, INC. right to produce additional documents at a later date should they become located and available as a result of subsequent review of its records or as a result of additional investigation or discovery.

4. By producing or failing to produce some or all of the requested documents, OUTDOOR PRO SHOP, INC. does not concede the relevance or materiality of any request or the subject to which it relates.

5. OUTDOOR PRO SHOP, INC. objects to all requests to the extent they seek documents protected by the attorney-client privilege, attorney work product doctrine or any other applicable privilege.

6. Inadvertent production of privileged information by OUTDOOR PRO SHOP, INC. shall not constitute waiver of any applicable privilege or doctrine, including, but not limited to, objections on the basis of competency, confidentiality, relevancy, materiality, privilege and/or admissibility as evidence as such objections may apply at trial or otherwise in this action.

8. OUTDOOR PRO SHOP, INC. objects to the requests to the extent they call for a duplicate production of documents previously produced to MONSTER ENERGY COMPANY.

9. OUTDOOR PRO SHOP, INC. objects to each and every request to the extent they call for information protected by the United States Constitution and any applicable statutes, including, but not limited to, the right of privacy.

10. OUTDOOR PRO SHOP, INC. objects to each and every request based upon the definition of OPS's marks as set forth in the request as no longer being relevant to the action due to its narrow definition in light of the First Amended Complaint on file in the instant action; rather, the definition of OPS's marks is interpreted for purposes of this response so as to include the following marks:

| Trademark | U.S. Trademark Application No. | Filing Date | Date of First Use | Internat'l Class |
|---|---|---|---|---|
| 1. MONSTERFISHINGTACKLE.COM | 90325371 | Nov. 17, 2020 | at least by May 7, 2008 | 25 apparel namely hats and shirts |
| 2. | 90448706 | Jan. 5, 2021 | at least by Aug. 13, 2020 | 25 apparel namely hats |
| 3. MONSTERFISHINGTACKLE.COM | 90325312 | Nov. 17, 2020 | at least by Apr. 1, 2008 | 35 |
| 4. MONSTER | 90360319 | Dec. 04, 2020 | at least by Oct. 1, 2008 | 25 apparel namely hats and shirts |
| 5. | 88568305 | Aug. 6, 2019 | at least by Oct. 1, 2008 | 35 Retail store services featuring products |

3

OUTDOOR PRO SHOP, INC.'S AMENDED RESPONSES TO MONSTER ENERGY COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS

| | | | | |
|---|---|---|---|---|
| | | | | related to fishing, namely, rods, reels, tackle, bait, knives, books, clothing, footwear, camping equipment, watches, eye glasses, binoculars, and gift novelties; Retail store services featuring fishing-related products; On-line retail store services featuring products related to fishing, namely, rods, reels, tackle, bait, knives, books, clothing, footwear, camping equipment, watches, eye glasses, binoculars, and gift novelties; On-line retail store services |

| | | | | |
|---|---|---|---|---|
| | | | | featuring fishing-related products. |
| 6. MONSTER | unfiled | unfiled | at least by Apr 25, 2008 | 35 On-line retail store services featuring consumer goods for outdoor activities such as fishing tackle. . |
| 7. MONSTER FISHING TACKLE | 88448889 | May 28, 2019 | at least by Dec 24, 2008 | 35 On-line retail store services featuring consumers goods for outdoor activities such as fishing tackle. |
| 8. | unfiled | unfiled | at least by Dec. 24, 2008 | 35 On-line retail store services featuring consumer |

5

OUTDOOR PRO SHOP, INC.'S AMENDED RESPONSES TO MONSTER ENERGY COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS

| | | | | |
|---|---|---|---|---|
| | | | | goods for outdoor activities such as fishing tackle. |
| 9. | unfiled | unfiled | at least by Dec. 15, 2008 | 35 On-line retail store services featuring consumer goods for outdoor activities such as fishing tackle. |

**SPECIFIC AMENDED OBJECTIONS AND AMENDED RESPONSES**

REQUEST FOR PRODUCTION NO. 10:

All documents or things evidencing the first use in commerce of each OPS Mark in connection with novelty items other than beverage ware.

AMENDED RESPONSE TO NO. 10:

OUTDOOR PRO SHOP, INC. objects to this request as being unintelligible resulting from the definition, or lack thereof, provided by MONSTER ENERGY COMPANY for the phrase "novelty items".  However, in view of a communication from MONSTER ENERGY COMPANY resulting from a meet and confer that occurred on October 4, 2021 in which the parties had agreed to provide a list of items that were within the definition of novelty items

MONSTER ENERGY COMPANY provided the following: souvenir items such as wristbands, bracelets, lanyard, keychains, costume jewelry, stickers, towels, koozies, cup, bottles, mugs and toys.   In view of the foregoing definition OUTDOOR PRO SHOP, INC. states that upon a reasonable and diligent search there are no documents in within the possession, custody or control of OUTDOOR PRO SHOP, INC. concerning within this category concerning bracelets, lanyard, keychains, costume jewelry, towels, koozies, cup, bottles and toys as they never existed. With respect to the remaining items in the category will produce documents responsive to this request that are within its possession, custody or control.

LAW OFFICES OF KENNETH C. BROOKS
KENNETH C. BROOKS
Law Office of Kenneth C. Brooks
5329 Thunder Ridge Circle
Rocklin, California 95765
408 368-7997
Attorney for Plaintiff

OUTDOOR PRO SHOP, INC.'S AMENDED RESPONSES TO MONSTER ENERGY COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS