| | |
|---|---|
| Kenneth C. Brooks (SBN 167792)<br>kcb@brookspatents.com<br>LAW OFFICES OF KENNETH C. BROOKS<br>5329 Thunder Ridge Circle<br>Rocklin, California 95765<br>Telephone: (408) 368-7997<br>Facsimile: (877) 730-4315<br><br>Attorneys for Plaintiff<br>OUTDOOR PRO SHOP, INC. | Steven J. Nataupsky (SBN 155913)<br>steven.nataupsky@knobbe.com<br>Lynda J. Zadra-Symes (SBN 156511)<br>lynda.zadra-symes@knobbe.com<br>Matthew S. Bellinger (SBN 222228)<br>matt.bellinger@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>2040 Main Street, Fourteenth Floor<br>Irvine, California 92614<br>Telephone: (949) 760-0404<br>Facsimile: (949) 760-9502<br><br>Alexander Zeng (SBN 317234)<br>alexander.zeng@knobbe.com<br>KNOBBE, MARTENS, OLSON & BEAR, LLP<br>1925 Century Park East, Suite 600<br>Los Angeles, California 90067<br>Telephone: (310) 551-3450<br>Facsimile: (310) 551-3458<br><br>Attorneys for Defendant<br>MONSTER ENERGY COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MONSTER ENERGY COMPANY,<br><br>　　　　Defendant and Counterclaimant. | Case No. 5:20-CV-05999-BLF<br><br>Hon. Beth Labson Freeman<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

The parties wish to inform the Court that they reached a settlement in the above-captioned matter. The parties jointly request that the Court vacate the scheduling order and the trial date, and all other hearings and deadlines. Pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District of California and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this stipulation is entered into by and among Plaintiff Outdoor Pro Shop, Inc.

1  ("Plaintiff") and Defendant and Counterclaimant Monster Energy Company ("Defendant"), by
2  and through their respective counsel.
3      WHEREAS, Plaintiff filed its Complaint in this action on August 26, 2020;
4      WHEREAS, Defendant answered the Complaint and filed Counterclaims against
5  Plaintiff on July 20, 2021;
6      WHEREAS, Plaintiff and Defendant have settled their dispute and are the only parties to
7  this action;
8      NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the
9  Plaintiff and Defendant hereby stipulate and agree as follows:
10 1. All claims and counterclaims in this action shall be dismissed with prejudice.
11 2. Each party shall bear its own attorneys' fees and costs.
12 3. This Court shall retain jurisdiction to the extent necessary to adjudicate any future
13 dispute between the parties concerning the terms of the settlement.

Respectfully submitted,

Dated: May 31, 2022

THE LAW OFFICES OF KENNETH C. BROOKS

By: */s/Kenneth C. Brooks*
    Kenneth C. Brooks

Attorneys for Plaintiff
OUTDOOR PRO SHOP, INC.

Dated: May 31, 2022

KNOBBE, MARTENS, OLSON & BEAR, LLP

By: */s/Sean M. Murray*
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Sean M. Murray
    Matthew S. Bellinger
    Alexander D. Zeng
ATTORNEYS FOR DEFENDANT
MONSTER ENERGY COMPANY

**ATTESTATION OF E-FILED SIGNATURE**

I, Kenneth C. Brooks, attest that all signatories listed above have read and approved this stipulation and consent to the filing of same in this action.

Dated: May 31, 2022          By:   */s/Kenneth C. Brooks*
                                         Kenneth C. Brooks