UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OUTDOOR PRO SHOP, INC., | Case No. 5:20-CV-05999-BLF |
| Plaintiff, | Hon. Beth Labson Freeman |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO DISMISS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| MONSTER ENERGY COMPANY, | |
| Defendant and Counterclaimant. | |

Having considered the Notice of Settlement and Joint Stipulation to Dismiss, submitted Pursuant to Civil Local Rule 7-12 of the United States District Court for the Northern District of California and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Court GRANTS the stipulation to dismiss all claims and counterclaims in this action with prejudice pursuant to 41(a)(1)(A)(ii), and it vacates the scheduling order, the trial dates and any and all deadlines, with each party to bear its own attorneys' fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:_____

_____
Hon. Beth Labson Freeman
United States District Judge

[PROPOSED] ORDER

Case No. 5:20-CV-05999-BLF